IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00861-WJM-KLM

JENETH C. MARRON,

      Plaintiff,

v.

JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security,
ALEJANDRO MAYORKAS, in his official capacity as the Director of United States Citizenship and Immigration Services, and
MARY MISCHKE, in her official capacity as Field Office Director of the Denver, Colorado Office of United States Citizenship and Immigration Services,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Change Date of Scheduling Conference** [Docket No. 8; Filed April 18, 2011] ("Motion No. 8").  The Motion is unopposed.  Accordingly,

      IT IS HEREBY **ORDERED** that Motion No. 8 is **GRANTED**.  The Scheduling Conference set for June 14, 2011 at 9:30 a.m. is **vacated** and **RESET** to **June 21, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **June 16, 2010**.

      Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **June 16, 2010**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

      Anyone seeking entry into the Byron G. Rogers United States Courthouse must

show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

      This matter is also before the Court on Plaintiff's **Motion to Change Address** [Docket No. 9; Filed April 18, 2011] ("Motion No. 9").  Despite the fact that the Motion does not comply with D.C.COLO.LCivR 7.1A., Plaintiff does not need the Court's permission to effect a change of his address on the docket.  Pursuant to D.C.COLO.LCivR 10.1M., a change of address can be effected by filing a notice.  Counsel shall familiarize himself with the Local Rules and ensure his compliance on all future filings.  Accordingly,

      IT IS HEREBY **ORDERED** that Motion No. 9 is **DENIED as moot**.  Plaintiff's change of address was effective upon filing.

      Dated:  April 19, 2011